*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF TENNESSEE*
*WESTERN DIVISION*

```
JACK and ROSEANNE GOODMAN,
as statutory representatives and parents
of MATTHEW GOODMAN, deceased,
                                           JUDGMENT IN A CIVIL CASE
           Plaintiff,

v.

UNIVERSAL HEALTH SYSTEMS, INC.,
a foreign corporation and UHS of
LAKESIDE, LLC, d/b/a LAKESIDE
BEHAVIORAL HEALTH SYSTEMS, a
foreign limited liability corporation,    CASE NO: 10-2079-tmp

           Defendants.
```

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED  that in accordance with the Stipulation of Dismissal with Prejudice entered on April 21, 2011, this cause is hereby dismissed with prejudice.**

APPROVED:

s/ Tu M. Pham
TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

April 22, 2011                          THOMAS M. GOULD
DATE                                    Clerk of Court

                                           s/Sandra McClain
                                        (By)  Deputy Clerk